**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__  District of __Texas__
(State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Worldwide Machinery Group, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   87 – 4558029

4. **Debtor's address**

   **Principal place of business**
   
   2200   Post Oak Blvd.  
   Number   Street
   
   Suite 1000
   
   Houston                TX       77056  
   City                   State    ZIP Code
   
   Harris County  
   County

   **Mailing address, if different from principal place of business**
   
   Number   Street
   
   P.O. Box
   
   City     State    ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   Number   Street
   
   City     State    ZIP Code

5. **Debtor's website** (URL)  
   https://worldwidemachinery.com

Debtor  **Worldwide Machinery Group, Inc.**　　　　　　　　　　　　　Case number *(if known)*_____
　　　　　Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ❏ Partnership (excluding LLP) <br> ❏ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:* <br> ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ❏ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ■ None of the above <br><br> B. *Check all that apply:* <br> ❏ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br> 　　5  3  2  4 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** <br><br> A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* <br> ❏ Chapter 7 <br> ❏ Chapter 9 <br> ■ Chapter 11. *Check **all** that apply*: <br>　　❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>　　❏ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>　　❏ A plan is being filed with this petition. <br>　　❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>　　❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>　　❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ❏ Chapter 12 |

Debtor   **Worldwide Machinery Group, Inc.**          Case number (if known) _____
            Name

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No <br> ☐ Yes. District _____ When __/__/____ Case number _____ <br>         District _____ When __/__/____ Case number _____ |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No <br> ■ Yes. Debtor See Schedule 1    Relationship Affiliate <br>         District Southern District of Texas    When 09/11/2025 <br>         Case number, if known _____ |
| 11. | **Why is the case filed in *this district*?** | Check all that apply: <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** (Check all that apply.) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number    Street <br>     _____ <br>     City                 State ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>         Contact name _____ <br>         Phone _____ |

### Statistical and administrative information

Debtor  __Worldwide Machinery Group, Inc.__   Case number (*if known*)_____
           Name

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors (on a consolidated basis)** | ❏ 1-49<br>❏ 50-99<br>❏ 100-199<br>■ 200-999 | ❏ 1,000-5,000<br>❏ 5,001-10,000<br>❏ 10,001-25,000 | ❏ 25,001-50,000<br>❏ 50,001-100,000<br>❏ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated assets (on a consolidated basis)** | ❏ $0-$50,000<br>❏ $50,001-$100,000<br>❏ $100,001-$500,000<br>❏ $500,001-$1 million | ❏ $1,000,001-$10 million<br>❏ $10,000,001-$50 million<br>❏ $50,000,001-$100 million<br>■ $100,000,001-$500 million | ❏ $500,000,001-$1 billion<br>❏ $1,000,000,001-$10 billion<br>❏ $10,000,000,001-$50 billion<br>❏ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities (on a consolidated basis)** | ❏ $0-$50,000<br>❏ $50,001-$100,000<br>❏ $100,001-$500,000<br>❏ $500,001-$1 million | ❏ $1,000,001-$10 million<br>❏ $10,000,001-$50 million<br>❏ $50,000,001-$100 million<br>■ $100,000,001-$500 million | ❏ $500,000,001-$1 billion<br>❏ $1,000,000,001-$10 billion<br>❏ $10,000,000,001-$50 billion<br>❏ More than $50 billion |
|---|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on  __09/11/2025__<br>                    MM / DD / YYYY<br><br>✗ __/s/ Scott Avila__                                           __Scott Avila__<br>Signature of authorized representative of debtor      Printed name<br><br>Title  __Chief Restructuring Officer__ |
|---|---|---|

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page **4**

| Debtor | Worldwide Machinery Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

✘ /s/ Charles R. Koster                            Date  09/11/2025
Signature of attorney for debtor                        MM  / DD  / YYYY

Charles R. Koster
Printed name

White & Case LLP
Firm name

609            Main Street, Suite 2900
Number      Street

Houston                                    Texas        77002-4403
City                                       State        ZIP Code

(713) 496-9700                             charles.koster@whitecase.com
Contact phone                              Email address

24128278                                   Texas
Bar number                                 State

**Schedule 1**

**Affiliated Debtors**

On the date hereof, each of the affiliated Debtors listed below filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Worldwide Machinery Group, Inc.

1. Worldwide Machinery Group, Inc.
2. Worldwide Machinery GP, LLC
3. Worldwide Machinery, Ltd.
4. Worldwide Operating, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| Worldwide Machinery Group, Inc., *et al.*,[1] | Case No. 25-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(A)(1), 1007(A)(3), AND 7007.1

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7001.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), attached hereto as **Exhibit A** is an organizational list reflecting all of the ownership interests in the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**").  The Debtors represent as follows:

1. The equity of each of the Debtors identified on **Exhibit A** is owned by the parties identified as equity holders thereof on **Exhibit A**.

2. Worldwide Machinery Group, Inc. is direct or indirect parent of each of the other Debtors.  As of September 10, 2025, the following individuals or corporations hold 10% or more of Worldwide Machinery Group, Inc.'s stock.

- Adam Greenberg – 41.283%
- J. Evan Greenberg – 41.283%
- Caspian and affiliates – 10%

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Worldwide Machinery Group, Inc. (8029), Worldwide Machinery, Ltd. (3666), Worldwide Operating, Inc. (7023), and Worldwide Machinery GP, LLC (5399).  The location of Debtor Worldwide Machinery Group, Inc.'s corporate headquarters is 2200 Post Oak Boulevard, Suite 1000, Houston, Texas 77056.

131123356

**Exhibit A**

| Entity | Equity Holder | Type of Interest | Percentage Ownership | Last Known Address of Equity Holder |
|---|---|---|---|---|
| Worldwide Machinery GP, LLC | Worldwide Machinery Group, Inc. | Membership | 100% | 2200 Post Oak Blvd., Suite 1000 Houston, TX 77056 |
| Worldwide Machinery Ltd. | Worldwide Machinery Group, Inc. | Partnership Interest | 99% | 2200 Post Oak Blvd., Suite 1000 Houston, TX 77056 |
| Worldwide Machinery Ltd. | Worldwide Machinery GP, LLC | Partnership Interest | 1% | 2200 Post Oak Blvd., Suite 1000 Houston, TX 77056 |
| Worldwide Operating, Inc. | Worldwide Machinery Ltd. | Membership | 100% | 2200 Post Oak Blvd., Suite 1000 Houston, TX 77056 |

**Fill in this information to identify the case:**

Debtor name  Worldwide Machinery Group, Inc.

United States Bankruptcy Court for the:  Southern   District of   Texas

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Caspian Capital LP<br>10 E. 53rd Street, 35th Floor<br>New York, NY 10022 | Dominick Cromartie and Richard Roman<br>Tel. (212) 826-6970<br>dominick@caspianlp.com<br>rroman@caspianlp.com | Loan | | | | $70,913,328.01 |
| 2 | Wagner Equipment<br>18000 E. Smith Road<br>Aurora, CO 80111 | Brian Rindels<br>Tel. (303) 739-3041<br>rindels_brian@wagnerequipment.com | Trade Debt | Disputed | | | $1,375,327.95 |
| 3 | Beard Transport LLC<br>205 N Kinney Ave<br>Mt. Pleasant, MI 48858 | Will Schwartz<br>Tel. (989) 600-2268<br>wschwartz@beardtransport.com | Trade Debt | | | | $274,291.89 |
| 4 | Holt Company – DEN<br>1000 E Rochelle Blvd<br>Irving TX 75062-3940 | John Burke<br>Tel. (210) 648-8900<br>john.burke@holtgrp.com | Trade Debt | | | | $245,484.95 |
| 5 | Lumen Level 3 Communications, LLC<br>PO Box 910182<br>Denver, CO 80291-0182 | Billing Dept<br>Tel. (877) 453-8353<br>billing@lumen.com | Trade Debt | | | | $180,591.62 |
| 6 | Jones Day<br>717 Texas, Suite 3300<br>Houston, TX 77002-2712 | Mirna Garcia<br>Tel. (832) 239-3801<br>mirnagarcia@jonesday.com | Trade Debt | | | | $153,723.29 |
| 7 | James River Equipment<br>11047 Leadbetter Road<br>Ashland, VA 23005 | Mary Boxley<br>Tel. (804) 798-6001<br>mboxley@jamesriverequipment.com | Trade Debt | | | | $148,723.00 |
| 8 | Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | La Tanya S Ancrum<br>Tel. (713) 226-6549<br>lancrum@porterhedges.com | Trade Debt | | | | $137,320.50 |

Modified Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured

Debtor      Worldwide Machinery Group, Inc.                               Case number (*if known*)_____
            Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | 4 Rivers Equipment<br>PO Box 913509<br>Denver, CO 80291-3509 | Sabina Mondragon<br>Tel. (303) 430-6571<br>sabina.mondragon@4riversequipment.com | Trade Debt | | | | $120,340.85 |
| 10 | Brotherhood Technical Services Co.<br>PO Box 32272, Building No. 8439<br>Al Faisaliyah, Dammam 31431<br>Saudi Arabia | Belal Tawfiq<br>Tel. +966 9 (9) 9999 9999<br>info@btech-sa.com | Trade Debt | | | | $109,385.37 |
| 11 | Amerisure Mutual Insurance<br>26777 Halsted Road<br>Farmington Hills, MI 48331 | Nicole Kaminski<br>Tel. (800) 257-1900<br>nkaminski@amerisure.com | Trade Debt | | | | $93,885.53 |
| 12 | Carrolls Creek Transport<br>9504 Highway 82<br>East Duncanville, AL 35456 | Jamey Green<br>Tel. (866) 897-4848<br>jamey@cctran.com | Trade Debt | | | | $92,000.00 |
| 13 | Twisted G Enterprises<br>PO Box 298<br>Keenesburg, CO 80643 | Bryan Gurule<br>Tel. (720) 737-9643<br>bryan@twisted-g-enterprises.com | Trade Debt | | | | $84,120.90 |
| 14 | Oracle America, Inc.<br>PO Box 405874<br>Atlanta, GA 30384-5874 | Megan Napier<br>Tel. (248) 530-5148<br>megan.napier@bofa.com | Trade Debt | | | | $66,900.46 |
| 15 | AKD N.V.<br>Wihelminakade 1<br>3072 AP Rotterdam<br>The Netherlands | Angelique Kempenaars<br>Tel. +31 88 253 5338<br>akempenaars@akd.nl | Trade Debt | | | | $53,391.91 |
| 16 | Trinity Logistics, Inc<br>550 Vandalia Street, Suite 125<br>St. Paul, MN 55114 | Sara Cummings<br>Tel. (800) 753-1048<br>trinity12@trinitylogisticsmn.com | Trade Debt | | | | $52,775.00 |
| 17 | Altus Growth Partners<br>3833 Ruette San Raphael<br>San Jose, CA 92130 | Dan Winter<br>Tel. (408) 896-7751<br>dwinter@altusgrowth.com | Trade Debt | | | | $51,604.46 |
| 18 | HEAVYQUIP<br>6301 Northwind Parkway<br>Hobart, IN 46342 | Ginny Mims<br>Tel. (601) 760-7013<br>gmims@heavyquip.com | Trade Debt | | | | $46,517.73 |
| 19 | Warren Cat – HOU<br>P.O. Box 842116<br>Dallas, TX  75284-2116 | Sara Drainer<br>Tel. (432) 571-4213<br>sara.drainer@warrencat.com | Trade Debt | | | | $42,905.69 |
| 20 | ACV Freight LLC<br>301 N. Main Street, Suite 700<br>Wichita, KS 67202 | Greg Thompson<br>Tel. (316) 461-0574<br>greg@acvfreight.com | Trade Debt | | | | $40,900.00 |

Debtor   Worldwide Machinery Group, Inc.                                   Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | UNI International, America Corp<br>100 Corey Avenue<br>St. Petersburg, FL 33706 | Joseph Schulte<br>Tel. (727) 360-2844<br>joseph@uniinternational.com | Trade Debt | | | | $36,770.07 |
| 22 | Riggs Cat<br>PO Box 1399<br>Little Rock, AR 72203-1399 | Annette Pennington<br>Tel. (501) 570-3229<br>annettep@jariggs.com | Trade Debt | | | | $36,613.19 |
| 23 | Weinstein Spira & Co., P.C.<br>3773 Richmond Avenue, Suite 900<br>Houston, TX 77046 | Andy Dube<br>Tel. (713) 622-7000<br>ajd@weinsteinspira.com | Trade Debt | | | | $35,372.75 |
| 24 | Southern Tire Mart<br>Dept. 143 PO Box 1000 Memphis<br>TN 38148-0143 | Laura Scutt<br>Tel. (801) 374-2800<br>laura.scutt@stmtires.com | Trade Debt | | | | $33,606.33 |
| 25 | Senergy Petroleum, LLC<br>1470 N. Home Street<br>Gilbert, AZ 85233 | Sandi Higginson<br>Tel. (480) 733-4246<br>sandi.higginson@gosenergy.com | Trade Debt | | | | $31,317.85 |
| 26 | Shamrock Equipment Service, LLC<br>PO Box 1399<br>Krum, TX 76249 | Katelyn Bland<br>Tel. (940) 245-0986<br>kbland@shamrockequipment.net | Trade Debt | | | | $26,361.20 |
| 27 | Airgas USA, LLC - Central Division<br>PO Box 1152<br>Tulsa, OK 74101 | Carrie Dodson<br>Tel. (918) 551-4766<br>carrie.dodson@airgas.com | Trade Debt | | | | $26,104.65 |
| 28 | WEX BANK<br>PO Box 639<br>Portland, ME 04104-0639 | Customer Service<br>Tel. (888) 774-4939<br>correspondence@wexinc.com | Trade Debt | | | | $25,504.14 |
| 29 | Machinery Supply<br>1001 Park Terrace Ct<br>Roanoke, TX 76262 | Ryan Winslow<br>Tel. (806) 474-8018<br>rywinslow@icloud.com | Trade Debt | | | | $21,680.00 |
| 30 | Elite Fleet Solutions<br>17709 US 380<br>Ponder, TX 762559 | Parker Patton<br>Tel. (940) 367-2259<br>parker@elitefleetsolutionsllc.com | Trade Debt | | | | $21,600.55 |

## ACTION BY OMNIBUS WRITTEN CONSENT
## IN LIEU OF A MEETING

### September 9, 2025

The undersigned, being (i) all of the members of the board of directors (the "**Group Board**") of Worldwide Machinery Group, Inc., a Delaware corporation (the "**Group**"), (ii) the sole member (the "**Sole Member**") of Worldwide Machinery GP, LLC ("**GP**"), a Delaware limited liability company, which is also the general partner (the "**General Partner**") of Worldwide Machinery, Ltd. ("**Limited**"), a Texas limited partnership, and (iii) all of the members of the board of directors (the "**Operating Board**," and together with the General Partner, the Group Board, Sole Member, and the Operating Board, each an "**Authorizing Body**" and collectively, the "**Authorizing Bodies**") of Worldwide Operating, Inc. ("**Operating**," and together with the Group, GP, Limited, each individually, a "**Company**" and, collectively, the "**Companies**"), a Texas C corporation, adopt the following resolutions by unanimous written consent with the same force and effect as if they had been unanimously adopted at a duly convened meeting of each Authorizing Body pursuant to the bylaws, limited liability company agreement or partnership agreement, as applicable, of each Company (collectively, the "**Governing Documents**") and in accordance with the applicable laws of the jurisdiction in which such Company is organized or formed and direct that this written consent be filed with the minutes of the proceedings of each Authorizing Body. Capitalized terms used but not otherwise defined herein shall have the respective meanings assigned to them (as applicable) in the Governing Documents.

### RECITALS

1. **General Background**

WHEREAS, Group is a corporation organized under the laws of Delaware and is the sole member of GP; and

WHEREAS, GP is the general partner of Limited, which operates the majority of the business of the Companies; and

WHEREAS, for the reasons set forth below, the Authorizing Body of Group is prepared to authorize the filing of a proceeding under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") for Group and also to authorize GP to file a proceeding under chapter 11 of the Bankruptcy Code and to cause Limited to do the same; and

WHEREAS, Operating is a Texas C Corp with the same Board of Directors as Group; and

2. **Chapter 11 Filing**

WHEREAS, each of the Companies has experienced negative impact on its business due to market conditions and lack of available funding, among other things. As a result, the Companies have liquidity constraints that adversely affect each Company's ability to implement and adjust its overall business plan; and

**WHEREAS**, the Companies are in default under their ABL revolver and the ABL lenders have refused to extent the forbearance period past September 5, 2025; and

**WHEREAS**, the Companies have hired Piper Sandler & Company ("**PSC**") to conduct a sales process and have received a bid from Diversified Fleet Holdings, LLC which, if closed, would preserve the going concern value of the Companies; and

**WHEREAS**, the Board has determined that the commencement of a chapter 11 proceeding will protect the assets of the Companies and could potentially provide short term liquidity in order to successfully complete the sales process for the benefit of all stakeholders; and

**WHEREAS**, the Authorizing Bodies have reviewed and considered (a) the presentations by each Company's management and financial and legal advisors regarding the liabilities and prospectives of such Company, the strategic alternatives available to it, and the impact of the foregoing on such Company's businesses and (b) the information and advice previously provided to and reviewed by the Authorizing Bodies; and

**WHEREAS**, the Authorizing Bodies have had the opportunity to consult with the applicable Company's management and legal and financial advisors and fully consider each of the strategic alternatives available to such Company; and

**WHEREAS**, based on its review of all available alternatives and advice provided by such legal and financial advisors, the Authorizing Bodies, on behalf of the Companies, have determined it appropriately balances the pecuniary interests of the equity holders and creditors of the Companies, and the interests of those materially affected by the Companies' conduct and that it is in the best interest of each of the Company, its equity holders, creditors, and other parties in interest to take the actions specified in the following resolutions.

**NOW, THEREFORE, BE IT**

**RESOLVED**, that, in the business judgment of the Authorizing Bodies, it is deemed advisable and appropriately balances the pecuniary interests of the equity holders and creditors of the Companies, and the interests of those materially affected by the Companies' conduct and that it is in the best interest of each of the Company, its equity holders, creditors, and other parties in interest, for each Company to file, or cause to be filed, a voluntary petition for relief (collectively, the "**Chapter 11 Cases**") under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and any other petition for relief or recognition or other order that may be desirable under applicable law, and to take any and all actions that such Company deems necessary or appropriate.

**RESOLVED**, that the Authorizing Bodies, which is acting on behalf of the Companies, hereby authorizes, empowers, and directs Scott Avila, the Chief Restructuring Officer, and each officer of each Companies (each, an "**Authorized Signatory**" and collectively, the "**Authorized Signatories**"), acting alone or with one or more other Authorized Signatories, together with such Company's advisors, to execute and file on behalf of each Company all petitions, schedules, lists and other motions, applications, pleadings, papers, or documents, and to take any and all actions

that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of each Company's businesses and in connection with the Chapter 11 Cases, with a view to the successful prosecution of the cases.

**RESOLVED**, that, each of the Authorized Signatories be, and they hereby are, authorized and directed to employ (i) the law firm of White & Case LLP ("*W&C*"), as general bankruptcy counsel to represent and assist such Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings and (ii) the firm of Paladin Management Group. ("*Paladin*"), as financial advisor to such Company to represent and assist such Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations, and (iii) any other professionals, including legal counsel, accountants, financial advisors, investment bankers, and other professionals, to assist such Company in carrying out its duties under the Bankruptcy Code.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and empowered, on behalf of and in the name of the applicable Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, financing statements, notices, undertakings, or other writings referred to in the foregoing resolutions.

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) is hereby authorized and empowered, in the name of and on behalf of the applicable Company, to take or cause to be taken any and all further actions, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents, and to pay all expenses, including but not limited to filing fees, as, in the judgment of such signatory, may be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**, that the Authorizing Bodies has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of each Company, or hereby waives any right to have received such notice.

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby, in all respects, approved and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Authorizing Bodies.

**RESOLVED**, that the omission from these resolutions of any agreement, document, or other arrangement contemplated by any of the agreements, documents, or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements or instruments described in the foregoing resolutions shall in no manner derogate

from the authority of the Authorized Signatories or each officer of each Company to take all actions necessary, desirable, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions.

4

**RESOLVED**, that each of the Authorized Signatories (and their designees and delegates) and each officer of each Company, be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of each respective Company with respect to the transactions contemplated by these resolutions hereunder, as such signatory shall deem necessary or desirable in such signatory's reasonable business judgment to effectuate the purposes of the transactions contemplated herein.

**Worldwide Machinery Group, Inc.**

_____
John T. Young, Jr., Initial Stockholder Director

_____
Robert Warshauer, Independent Director

_____
Joseph McInnis, Caspian Director


**Worldwide Machinery GP, LLC**
By: Worldwide Machinery Group, Inc., its Sole Member

By: _____
      Name: Scott Avila
      Title: CRO


**Worldwide Machinery, Ltd.**
By: Worldwide Machinery GP, LLC, its General Partner

By: _____
      Name: Scott Avila
      Title: CRO


**Worldwide Operating, Inc.**

_____
John T. Young, Jr., Initial Stockholder Director

_____
Robert Warshauer, Independent Director

_____
Joseph McInnis, Caspian Director

5

**Fill in this information to identify the case and this filing:**

Debtor Name: Worldwide Machinery Group, Inc.

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration: Consolidated Corporate Ownership Statement and List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/11/2025
MM / DD / YYYY

✗ /s/ Scott Avila
Signature of individual signing on behalf of debtor

Scott Avila
Printed name

Chief Restructuring Officer
Position or relationship to debtor

Official Form 202   **Declaration Under Penalty of Perjury for Non-Individual Debtors**