United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Worldwide Machinery Group, Inc., *et al.*, | ) Case No. 25-90379 (CML) |
|  | ) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) |

### ORDER DENYING ADMINISTRATIVE AGENT'S MOTION
### FOR PROTECTION FROM RULE 30(B)(6) DEPOSITION NOTICE

Upon the motion (the "Motion")[2] of Key Equipment Finance, a division of KeyBank National Association, as administrative agent (in such capacity, the "Administrative Agent") for the Senior Secured Lenders, for entry of an order (this "Order") granting protection from the Deposition Notice; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court's entry of a final order being consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. § 1408; and a hearing having been, to the extent necessary, held to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing (if any was held) and all of the proceedings before this Court; and after due deliberation thereon and sufficient cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The Motion is DENIED as provided herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Worldwide Machinery Group, Inc. (8029), Worldwide Machinery, Ltd. (3666), Worldwide Operating, Inc. (7023), and Worldwide Machinery GP, LLC (5399). The location of Debtor Worldwide Machinery Group, Inc.'s corporate headquarters is 2200 Post Oak Boulevard, Suite 1000, Houston, Texas 77056.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Motion.

2. The Administrative Agent is required to produce a witness or otherwise respond to the Deposition Notice. The deposition shall be limited to 3.5 hours.

3. This Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Signed:  October 20, 2025

_____
Christopher Lopez
United States Bankruptcy Judge